IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JAMES R. CHAPMAN,

        Plaintiff,

vs.                              Civil Action 2:14-cv-1828
                                    JUDGE SMITH
COMMISSIONER OF                Magistrate Judge Deavers
SOCIAL SECURITY,

        Defendant.

## ORDER

On January 8, 2016, the United States Magistrate Judge issued a *Report and Recommendation* recommending that this Court reverse the Commissioner of Social Security's nondisability finding and remand this case to the Commissioner and the ALJ under Sentence Four of § 405(g).  (*Report and Recommendation*, Doc. No. 18).  The time for filing objections has passed, and no objections have been filed to the *Report and Recommendation*.  Therefore, the *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**.  The Commissioner of Social Security's nondisability finding is hereby **REVERSED** and this matter shall be **REMANDED**.

The Clerk shall remove Document 18 from the Court's pending motions list.

        **IT IS SO ORDERED.**

                                                                      /s/ *George C. Smith*
                                                                      **GEORGE C. SMITH, JUDGE**
                                                                      **UNITED STATES DISTRICT COURT**